
FILED
CLERK, U.S. DISTRICT COURT

JUL 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>William Stephen Reed,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>MJ 11-1700<br><br>**ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES**<br>**18 USC §3006A(f)** |

On ___July 18, 2011___ defendant ___William Stephen Reed___
- X submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.
- ☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints ___Craig Harbaugh, DFPD___ as counsel for the defendant
- ☐ until further notice.
- ☐ for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:
- X A total sum of $___250.00___
  - X due not later than ___14 days from the date of return to Nevada___
  - ☐ due in monthly payments of $ _____ beginning _____.

- ☐ Monthly payments of $ _____ to commence on _____ and to continue until final disposition of this case.

- X Other ___for today's appearance and any appearances up to the time defendant returns to Nevada___

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

___7/19/11___
Dated

___[signature]___
Paul L. Abrams, United States Magistrate Judge

cc: *Clerk's Office, Fiscal Section*
*CJA*
*FPD*

CR-26 (07/05)      ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES